IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| INSURANCE AGENCY OF BEAVER CROSSING, INC., | ) ) ) | |
| Plaintiff, | ) ) | 4:02CV3093 |
| v. | ) ) | |
| UNITED STATES OF AMERICA and COMMODITY CREDIT CORP., an agency of the United States Department of Agriculture, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiff's motion for enlargement of time to respond to defendant's motion for summary judgment (Filing No. 54). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until February 24, 2006, to respond to defendant's motion for summary judgment.

DATED this 30th day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court