IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
INSURANCE AGENCY OF BEAVER    )
CROSSING, INC.,               )
                              )
          Plaintiff,          )        4:02CV3093
                              )
     v.                       )
                              )
UNITED STATES OF AMERICA and  )        ORDER
COMMODITY CREDIT CORP., an    )
agency of the United States   )
Department of Agriculture,    )
                              )
          Defendants.         )
_____)
```

      This matter is before the Court on the stipulation of the parties (Filing No. 78) to dismiss Claim III (for crop damage). Pursuant thereto,

      IT IS ORDERED that Claim III is dismissed with prejudice.

      DATED this 24th day of April, 2006.

                    BY THE COURT:

                    /s/ Lyle E. Strom
                    _____
                    LYLE E. STROM, Senior Judge
                    United States District Court