IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| INSURANCE AGENCY OF BEAVER CROSSING, INC., | ) ) ) | |
| Plaintiff, | ) ) | 4:02CV3093 |
| v. | ) ) | |
| UNITED STATES OF AMERICA and COMMODITY CREDIT CORPORATION, an agency of the United States of America within the Department of Agriculture. | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on defendants' motion for summary judgment (Filing No. 42). Having reviewed the motion, the parties' briefs and evidentiary submissions, and the applicable law, the Court finds that there are genuine issues of fact that preclude summary judgment in this case. Accordingly,

IT IS ORDERED that the defendants' motion for summary judgment is denied.

DATED this 25th day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court