IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| INSURANCE AGENCY OF BEAVER CROSSING, INC., | ) ) ) | |
| Plaintiff, | ) ) | 4:02CV3093 |
| v. | ) ) | |
| UNITED STATES OF AMERICA and COMMODITY CREDIT CORP., an agency of the United States Department of Agriculture, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED that the non-jury trial of this matter will be held in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, OMAHA, Nebraska.

DATED this 8th day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court